UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID L. WEIK,<br><br>              Plaintiff,<br><br>vs.<br><br>JIM ASBY, ET AL, individually; AND official capacity; AND TERESA POSIE, ET AL, individually; AND official capacity; AND T&J WOOD PRODUCTS LLC; AND, CARLA HARDY, ET AL, individually; AND RYDEL PETERSON, ET AL, individually; DOES I-X; JANE DOES I-X; JOHN DOES I-X; CORPORATIONS I-X; XYZ PARTNERSIHPS I-X,<br><br>              Defendants. | Case No. CV-23-145-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      <u>  X  </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Order dated July 1, 2024, Doc. 31.

      Dated this 1st day of July, 2024.

                                      TYLER P. GILMAN, CLERK

                                      By: <u>/s/ Sarah Nagy</u>
                                      Sarah Nagy, Deputy Clerk